UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALYSSA NEELY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO. 3:20-cv-05611-BAT

**ORDER GRANTING STIPULATED REMAND**

Based on the Stipulated Motion to Remand for Further Administrative Proceedings pursuant to 42 U.S.C. § 405(g) (sentence four) (Dkt. 34) and good cause shown, it is hereby **ORDERED** as follows:

1. This matter is **reversed and remanded** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings including a de novo hearing and a new decision with respect to Plaintiff Alyssa Neely's application for Disability Insurance Benefits under Titles II and XVI of the Social Security Act.

2. Upon remand, the ALJ shall:

    a. Reevaluate the opinion evidence of record;

    b. Proceed with the sequential evaluation process, as warranted;

    c. Take any further action needed to complete the record;

        d.       As necessary, obtain testimony from a psychologist or other appropriate medical expert;

        e.       Allow claimant to submit additional and updated evidence;

        f.       Offer the claimant the opportunity for a hearing, and

        g.       Issue a new decision.

3.       Plaintiff may make timely and proper application to this Court for reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d).

DATED this 11th day of May, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STIPULATED REMAND - 2